## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE BV and BOSE CORPORATION )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EDUARDO ZAVALA )<br>)<br>Defendant. )<br>) | CIV. NO.: 09-11360 |

### [~~PROPOSED~~] IMPOUNDMENT ORDER

TO: The Sheriff of Imperial County, California

**GREETINGS:**

Based upon the Verified Complaint, verified pleadings, affidavits, motions, and supporting memorandum filed in this matter, this Court has concluded that Plaintiffs are entitled to emergency relief through impoundment under the Federal Rules of Civil Procedure and the applicable statutes. As a result, on order of this Honorable Court, you or your designated agent are hereby authorized and ordered:

1. to seize forthwith and hold subject to further order of this court, all products bearing the BOSE trademark including, but not limited to, Media Centers / DVD players, speakers, cords, cables, subwoofers, or any other Bose product found at 2106 Victoria Drive, city of Calexico, county of Imperial, State of California, such seizure to be in accordance with 17 U.S.C. § 1203(b)(2);

2. to seize forthwith and hold subject to further order of this court, all records documenting the manufacture, sale, or receipt of Bose products including, but not

1

~ Doc# 14144.2 ~

limited to, bank records, emails, files, computers, laptops, hard drives, disks or any other documents or papers related to the sale of Bose products found at 2106 Victoria Drive, city of Calexico, county of Imperial, State of California, such seizure to be in accordance with 17 U.S.C. § 503(a); 17 U.S.C. § 1203(b)(2);

3. to serve on the Defendant a copy of this order of the court for the issuance hereof, and of the complaint, affidavit and motion on which such order was based; and

4. to make an immediate return of such service and seizure.

Within ten days, this Court will hold another hearing on this matter to allow Defendant to appear and offer any evidence and/or arguments in opposition to Plaintiffs' request for impoundment. The Court will then issue a further order regarding the continuing impoundment.

IT IS SO ORDERED.

_____
Judge George A. OToole, Jr.
United States District Court Judge
for the District of Massachusetts

Dated: _August 14, 2009_

2

~ Doc# 14144.2 ~