UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11360-GAO

BOSE BV and BOSE CORPORATION,
Plaintiffs,

v.

EDUARDO ZAVALA,
Defendant.

ORDER
April 2, 2010

O'TOOLE, D.J.

The plaintiffs' Motion to Compel Answers to Discovery and for Sanctions (dkt. no. 29) is GRANTED. Overlap between the interrogatories or document requests and information subpoenaed from third parties does not excuse Zavala from his discovery obligations. There is no "more convenient, less burdensome, or less expensive" way for the plaintiffs to ensure that they receive all relevant documents other than to send interrogatories and documents requests to Zavala. See Fed. R. Civ. P. 26(b)(2)(C)(i). Zavala shall therefore re-answer all interrogatories and re-respond to all document requests within seven (7) days of this Order. No sanctions shall be imposed. See Fed. R. Civ. P. 37(a)(5)(A)(iii).

The plaintiffs' Motion to Extend Time to Amend Pleadings and Add Parties (dkt. no. 34) is GRANTED.

The plaintiffs' Motion to Compel Attendance at Deposition and for Sanctions (dkt. no. 37) is GRANTED. Zavala is ordered to appear at a deposition in either Boston, Massachusetts or Tijuana, Mexico, to be scheduled within thirty (30) days of this Order. Zavala and his counsel

shall reimburse the plaintiffs for $305.00, the cost of the court reporter who appeared for the February 24, 2010 scheduled deposition.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge