UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11360-GAO

BOSE BV and BOSE CORPORATION,
Plaintiffs,

v.

EDUARDO ZAVALA,
Defendant.

ORDER
April 22, 2010

O'TOOLE, D.J.

For the reasons stated below, the defendant's Motion for a Protective Order and to Clarify the Order of April 2, 2010 (dkt. no. 42) is DENIED.

1. Zavala is not entitled to any additional time to respond to the plaintiffs' September 2009 discovery requests. Any documents owed to the plaintiffs shall be produced immediately.

2. Zavala has not demonstrated good cause for the issuance of a protective order as required by Federal Rule of Civil Procedure 26(c)(1). Having indicated his availability to be deposed on April 29, 2010, (see Pls. Bose BV & Bose Corp.'s Mem. in Opp'n to Def.'s Mot. for a Protective Order & to Clarify the Order of Apr. 2, 2010 Ex. C), Zavala cannot now claim that his deposition is an undue burden. Zavala shall appear for deposition on April 29, 2010 in Tijuana, Mexico.

3. Zavala's request for withdrawal of the award of sanctions is denied. He shall reimburse the plaintiffs for $305.00 immediately.

4. If counsel wish to conduct an inspection of the Bose facility in Tijuana, Mexico concurrently with Zavala's deposition, then they may stipulate to a shorter response time to Zavala's forthcoming request for inspection. See Fed. R. Civ. P. 34(b)(2)(A).

5. This Court lacks jurisdiction to quash third-party subpoenas issued by the U.S. District Court for the Southern District of California. See Fed. R. Civ. P. 45(c)(3)(a) ("On a timely motion, the *issuing court* must quash or modify a subpoena . . . .") (emphasis added).

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge