UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11360-GAO

BOSE BV and BOSE CORPORATION,
Plaintiffs,

v.

EDUARDO ZAVALA,
Defendant.

In re Dale A. Malone

ORDER
March 22, 2012

O'TOOLE, D.J.

On July 8, 2010, this Court assessed costs in the sum of $14,794.30 against the respondent, Dale A. Malone. This Court further ordered, on July 18, 2011, that "Malone is ordered to pay the amount assessed within thirty-five days of the entry of this order. *Failure to comply will result in an adjudication of contempt.*" (July 18, 2011 Order 2 (dkt. no. 67) (emphasis added).)

Malone has failed to comply with this Order and has failed to establish with clear proof his inability to do so. See Fortin v. Comm'r of Mass. Dep't of Pub. Welfare, 692 F.2d 790, 796 (1st Cir. 1982); see also Huber v. Marine Midland Bank, 51 F.3d 5, 10 (2d Cir. 1995). The plaintiffs' motion (dkt. no. 74) for contempt is GRANTED. Malone is adjudged to be in contempt of Court.

The plaintiffs may move pursuant to Federal Rules of Civil Procedure 69 or 70 for appropriate relief against Malone, including discovery concerning assets available to be levied

upon satisfaction of the amount assessed and other appropriate relief. Malone shall be responsible for the plaintiffs' reasonable costs of collection.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge