UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11360-GAO

BOSE BV and BOSE CORPORATION,
Plaintiffs,

v.

EDUARDO ZAVALA,
Defendant.

ORDER
August 13, 2012

O'TOOLE, D.J.

Having considered the Motion for Entry of Default Judgment (dkt. no. 70) filed by plaintiffs Bose BV and Bose Corporation (collectively, "Bose") against defendant Eduardo Zavala ("Zavala"), the Memorandum of Law in Support thereof, the record in this case, and the arguments of counsel, the Court concludes that a default judgment shall enter against Zavala.

On August 14, 2009, Bose filed the present lawsuit against Zavala for conversion, trademark infringement, circumvention of technological measures that control access to copyrighted material, trafficking in services that circumvent technological measures protecting copyrighted materials, unfair competition, dilution, unjust enrichment, and violations of Massachusetts General Laws Chapter 93A. After execution of this Court's Impoundment Order of August 14, 2009, and receipt of a summons, Zavala appeared in this case, through counsel, on September 2, 2009.

Throughout the litigation of the present lawsuit, Zavala has engaged in a pattern of repeated and continuing discovery violations and has consistently disregarded orders of this Court. At a hearing before this Court on June 23, 2011, counsel for Zavala represented to the Court that he had fully informed Zavala of all proceedings and the potential consequences for failure to comply with the Court's orders. Further, the Court was presented with written correspondence directly from Zavala demonstrating that Zavala was fully aware of the proceeding and the Orders of this Court. Despite this knowledge, Zavala has never complied with any of the discovery orders of the Court. Zavala's repeated failure to adhere to Orders of this Court warrants this order of default.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

A Permanent Injunction be and is hereby entered against Zavala pursuant to Rule 6 of the Federal Rules of Civil Procedure forever enjoining him, his officers, agents, servants, employees and attorneys and those persons in active concert or participation with him from:

a)  manufacturing, procuring, distributing, shipping, retailing, selling, advertising or trafficking, in any merchandise, not authorized by the plaintiff, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the plaintiff's trademarks, or bearing a design or image which is of a substantially similar appearance to the plaintiff's federally registered trademarks;

b)  committing any act calculated to cause purchasers to believe that Zavala's products are i) sold under the control and supervision of Bose, ii) sponsored, approved or guaranteed by Bose, or iii) connected with and produced under the control or supervision of Bose;

2

   c)  further diluting and infringing Bose's trademarks and damaging its goodwill; and

   d)  causing any other person to do any act or aiding any other person with doing any act proscribed under (a) through (c) above.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment be and is hereby entered against Zavala and in favor of Bose as follows:

| | |
|---|---|
| Damages Due to Theft | $1,983,503.97 |
| Damages Due to Circumvention of Access Control Technology | $792,500.00 |
| Damages Caused by the Sale of Modified Products Bearing the BOSE Mark | $2,000,000.00 |

Having found Zavala's acts to be willful, these damages shall be trebled in accordance with M.G.L. c. 93A. Therefore, a judgment of $14,328,011.91 is hereby entered against Zavala and in favor of Bose.

IT IS FURTHER ORDERED AND ADJUDGED that the $25,000.00 bond posted by Bose in accordance with this Court's Order of September 9, 2009 is released and is to be returned to Bose.

IT IS FURTHER ORDERED AND ADJUDGED that the products impounded pursuant to this Court's Impoundment Order of August 14, 2009 are to be turned over to Bose. Bose may do with the products whatever it deems fit and proper.

It is SO ORDERED.


/s/ George A. O'Toole, Jr.
United States District Judge